

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00194-CV

Jerry A. **GUZZETTA**,
Appellant

v.

**BRIMHALL LQ, LLC** d/b/a La Quinta Hotel,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14775
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

This court has received Appellant's opening brief and his Motion for Leave to Exceed Word Limit. Appellant's word count, excluding the sections listed in Rule 9.4(i)(1), amounts to 20,503 words, i.e., 5,503 words over the limit stated in Rule 9.4(i)(2)(B). *See* TEX. R. APP. P. 9.4(i)(1), 9.4(i)(2)(B). Appellant has avowed "that the issues have been forthrightly discussed" and "the number of words necessary to do justice is more than the word-limit imposed by the Rules." Appellant's Motion for Leave to Exceed Word Limit is **granted**. *See id*. R. 9.4(i)(4).

For any responsive brief, we will grant **only up to the same excess** if any responding party **deems it necessary** to exceed the limit as stated under Rule 9.4(i)(2)(B). *See id*. R. 9.4(i)(2)(B); *see also Interest of T.N.R.*, No. 14-21-00473-CV, 2022 WL 370035, at *8 (Tex. App.—Houston [14th Dist.] Feb. 8, 2022, no pet.) (citing Blaise Pascal, *Les Provinciales* (1657)) ("Writing too much says something, and it is not favorable to the court.").

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.



MICHAEL A. CRUZ, Clerk of Court